HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DONALD G. PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-cr-379-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO VACATE TRIAL CONFIRMATION HEARING AND JURY TRIAL AND SET A STATUS CONFERENCE HEARING |
| v. | |
| DONALD G. PHILLIPS, | Date: March 17, 2014 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, PETER MULARCYZK, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for DONALD G. PHILLIPS, that the Court vacate the Trial Confirmation hearing set for February 24, 2014 and the Jury Trial set for March 11, 2014 and set this case for a Status Conference hearing on March 17, 2014 at 10:00 a.m.

The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T-4).

The reason for this continuance is that the parties need additional time to receive information from the agent who is on vacation and will not return until the end of February 2014. The parties anticipate a resolution of this case by the new scheduled date.

-1-

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) [reasonable time for counsel to prepare] (Local Code T4).

DATED: February 20, 2014    Respectfully submitted,

HEATHER WILLIAMS
Federal Defender

/s /Linda Harter

LINDA HARTER
Chief Assistant to the Federal Defender
Attorneys for Defendant
DONALD G. PHILLIPS

Dated: February 20, 2014    BENJAMIN B. WAGNER
United States Attorney


/s/ Linda C. Harter for
PETER MULARCZYK
Special Assistant United States Attorney

**ORDER**

The court hereby orders that the Trial Confirmation hearing set for February 24, 2014 and the Jury Trial set for March 11, 2014 are vacated and a Status Conference is set for March 17, 2014 at 10:00 a.m.

For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq*., within which trial must commence, the time period from the date of this order though March 17, 2014, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161 (h)(7)(A) and (B)(iv) and Local Code T4 because it results from a continuance granted by the Court at both parties request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: February 20, 2014.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE