HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DONALD G. PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 2:13-cr-379-EFB |
|---|---|---|
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING |
| v. | ) ) | Date:  September 8, 2014 |
| DONALD G. PHILLIPS, | ) ) | Time:  10:00 a.m. Judge:  Hon. Edmund F. Brennan |
| Defendant. | ) ) ) | |

IT IS HEREBY STIPULATED between the parties through their respective counsel, PETER MULARCYZK, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for DONALD G. PHILLIPS, that the court continue the sentencing hearing set for July 28, 2014 to September 8, 2014 at 10:00 a.m.

The reason for this continuance is that the defendant is currently receiving treatment for skin cancer and caring for his daughter with terminal brain cancer.

///

The motion to correct the presentence investigation report will now be due on August 25, 2014 and the reply or statement of non-opposition will be due on September 2, 2014.

ATED: July 15, 2014                                    Respectfully submitted,

                                                       HEATHER WILLIAMS
                                                       Federal Defender

                                                       /s /Linda Harter
                                                       LINDA HARTER
                                                       Chief Assistant to the Federal Defender
                                                       Attorneys for Defendant
                                                       DONALD G. PHILLIPS


Dated: July 15, 2014                                   BENJAMIN B. WAGNER
                                                       United States Attorney



                                                       /s/ Linda C. Harter for
                                                       PETER MULARCZYK
                                                       Special Assistant United States Attorney

**<u>ORDER</u>**

IT IS SO ORDERED.

Dated:  July 21, 2014.

                                                       EDMUND F. BRENNAN
                                                       UNITED STATES MAGISTRATE JUDGE