HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DONALD G. PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>DONALD G. PHILLIPS,<br><br>    Defendant. | Case No. 2:13-CR-379-EFB<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE SENTENCING HEARING<br><br>Date:  September 15, 2014<br>Time:  10:00 a.m.<br>Judge:  Hon. Edmund F. Brennan |

IT IS HEREBY STIPULATED between the parties through their respective counsel, PETER MULARCYZK, Special Assistant United States Attorney, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for DONALD G. PHILLIPS, that the court continue the sentencing hearing set for September 8, 2014 to September 15, 2014, at 10:00 a.m.

The reason for this continuance is that the defense counsel needs addition time to file the sentencing memorandum and has been busy with other duties in the office.

///

The motion to correct the presentence investigation report will now be due on September 5, 2014 and the reply or statement of non-opposition will be due on September 11, 2014.

ATED: September 4, 2014                    Respectfully submitted,

                                                          HEATHER WILLIAMS
                                                          Federal Defender

                                                          /s /Linda Harter
                                                          LINDA HARTER
                                                          Chief Assistant to the Federal Defender
                                                          Attorneys for Defendant
                                                          DONALD G. PHILLIPS


Dated: September 4, 2014                    BENJAMIN B. WAGNER
                                                          United States Attorney


                                                          */s/ Linda C. Harter for*
                                                          PETER MULARCZYK
                                                          Special Assistant United States Attorney


## **ORDER**

IT IS SO ORDERED.

Dated: September 8, 2014.

                                         EDMUND F. BRENNAN
                                         UNITED STATES MAGISTRATE JUDGE