HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA HARTER, #179741
Chief Assistant for the Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Linda_harter@fd.org
Tel: 916-498-5700   Fax: 916-498-5710

Attorneys for Defendant
DONALD G. PHILLIPS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:13-CR-379-EFB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE SELF SURRENDER DATE |
| v. | |
| DONALD G. PHILLIPS, | Judge:  Hon. Edmund F. Brennan |
| Defendant. | |

     Defendant, DONALD G. PHILLIPS, through Chief Assistant Federal Defender Linda C. Harter, and Assistant United States Attorney Justin Lee hereby request an extension of his self-surrender date from January 15, 2015 to Tuesday, January 20, 2015 by 2:00 p.m.

     On September 15, 2014, this Court sentenced Mr. Phillips to the custody of the Bureau of Prisons for a term of two months.  The Court provided that Mr. Phillips would surrender for the location designated by the Bureau of Prisons of if no location is designated, to the U.S. Marshal in Sacramento on Thursday, January 15, 2015 by 4:00 p.m.

The parties stipulate and request that this Court extend the current self-surrender date of January 15, 2015 to Tuesday, January 20, 2015 by 2:00 p.m.  A proposed order is attached.

DATED: January 16, 2015                              Respectfully submitted,

                                                HEATHER WILLIAMS
                                                Federal Defender

                                                /s /Linda Harter
                                                LINDA HARTER
                                                Chief Assistant to the Federal Defender
                                                Attorneys for Defendant
                                                DONALD G. PHILLIPS

Dated: January 16, 2015                              BENJAMIN B. WAGNER
                                                United States Attorney

                                                /s/ Linda C. Harter for
                                                JUSTIN LEE
                                                Assistant United States Attorney

**O R D E R**

The self-surrender date of January 15, 2015 is vacated.  Defendant, Donald G. Phillips, shall surrender to the United States Marshals Office or to the facility designated by the Bureau of Prisons or to the United States Marshal Service on Tuesday, January 20, 2015 by 2:00 p.m.

Dated:  January 16, 2015.

                                                EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE