**FILED**
October 20, 2015
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DONALD G. PHILLIPS, )<br>)<br>Defendant. ) | Case No. 2:13-cr-00379-EFB<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release, DONALD G. PHILLIPS, Case No. 2:13-cr-00379-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

  __X__   Release on Personal Recognizance

  ____   Bail Posted in the Sum of: $

   ____   Co-Signed Unsecured Appearance Bond

   ____   Secured Appearance Bond

  __X__   (Other) <u>Conditions as stated on the record.</u>

  __X__   (Other) <u>The Defendant is to be released on 10/21/2015 at 9:00 a.m. to the Office of the Federal Defender Investigator.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  10/20/2015   at  2:45 p.m.

By  /s/ Edmund F. Brennan
Edmund F. Brennan
United States Magistrate Judge